## 35584. PARKS v. PARKS.

Judgment affirmed without opinion pursuant to Rule 59.

*Nichols, C.J., Undercofler, P.J., Jordan, Hill, Bowles and Marshall, JJ., and Judge Charles L. Weltner, concur.*

SUBMITTED NOVEMBER 9, 1979 — DECIDED DECEMBER 5, 1979.

*Richard D. Phillips,* for appellant.
*J. Alvin Leaphart,* for appellee.